BEFORE THE THIRD DIVISION, DECEMBER 23, 1952

**No. 57003.**—Matson Navigation Co. *v.* United States, protest 17394–K (San Francisco).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 57004.**—San Angelo Corporation *v.* United States, protest 37104–K (Los Angeles).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 57005.**—Ignaz Strauss & Co., Inc. *v.* United States, protests 141688–K, etc. (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel and following *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), the items of merchandise marked "A" or "B," stipulated to consist of silent butlers, composed wholly or in chief value of brass or copper, respectively, not plated with platinum, gold, or silver, chiefly used in the household, were held dutiable at 30 percent under paragraph 339, as modified by the trade agreement with Iran (T. D. 51067), and the items marked "C," stipulated to consist of silent butlers, composed wholly or in chief value of pewter, not plated with platinum, gold, or silver, chiefly used in the household, were held dutiable at 25 percent under said paragraph 339, as modified by the trade agreement with the United Kingdom (T. D. 49753).

**No. 57006.**—Gimbel Bros., Inc. *v.* United States, protest 187461–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise, consisting of 13 sets of infants' wear from case No. 7063/1, was not in fact imported.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon said 13 sets of infants' wear missing out of case 7063/1.   The protest was sustained to this extent.